UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA

    Plaintiff,    Case No. 2:16-cr-14-03

v.    HON. ROBERT HOLMES BELL

MICHAEL PAUL KARPPINEN

    Defendant.
_____/

## **ORDER**

  Hearing on the government's motion to revoke bond pending sentencing (ECF #56) was scheduled before the undersigned on November 2, 2016.  The Court was advised that defendant wishes to stay in custody pending sentencing rendering the government's motion moot.

  IT IS HEREBY ORDERED that Defendant Karppinen will remain in custody pending further proceedings.

  IT IS ORDERED


Dated:  November 2, 2016     */s/ Timothy P. Greeley*
              TIMOTHY P. GREELEY
              U.S. MAGISTRATE JUDGE