UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

                                      File No: 2:16-CR-14-03

v.

                                        HON. ROBERT J. JONKER

MICHAEL PAUL KARPPINEN II,

      Defendant.

                                    /

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law. Based on this, and on the Court's review of all matters of record,

IT IS ORDERED that:

1.     The Report and Recommendation of the Magistrate Judge (ECF No. 53) is approved and adopted as the opinion of the Court.

2.     Defendant's plea of guilty is accepted and defendant is adjudicated guilty of the charges set forth in Count 1 of the Indictment.

3.     The written plea agreement is hereby continued under advisement pending sentencing.

4.     Defendant shall remain detained pending sentencing on February 15, 2017.

Dated: December 9, 2016

                                       /s/ Robert J. Jonker
                                       ROBERT J. JONKER
                                       CHIEF UNITED STATES DISTRICT JUDGE